**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Linda A. Bailey<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 23-12583 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
07 Sep 2023, 09:11:21, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322