# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  Case No.:23-12583
    LINDA BAILEY  :  Chapter 13
                Debtor.  :
                            :
                            :
                            :

## **MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 13 PLAN**

To the Honorable Mayer:

Debtor, Linda Bailey, by Alexander G. Tuttle, Esquire, respectfully represents:

(1)    A voluntary petition pursuant to section 301 of Title 11, United States Code, was filed herein on August 30, 2023 by the Debtor, pro se.

(2)    That applicant is respectfully requesting an additional 10 days to file the Chapter 13 Plan to work on figuring out exactly how much is owed to all creditors and coming up with a plan to adequately pay them off and/or satisfy them.

Wherefore, the applicant moves for the annexed order extending the time for filing schedules, statement of financial affairs, and plan herein until September 30, 2023, for which relief no previous application has been made.

Dated: September 20, 2023                          /s/ Alexander G. Tuttle

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Chapter 13 Trustee and the Debtor's Creditors.

DATED: September 20, 2023                  /s/ Alexander G. Tuttle

                                                        Alexander G. Tuttle, Esq.
                                                        Tuttle Legal

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    LINDA BAILEY<br>           Debtor. | Case No.:23-12583<br>Chapter 13 |

### **ORDER**

The debtor having moved for an extension of time to file the schedules, statement of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated September 20, 2023, and cause having been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules, statements of financial affairs, and plan required by Bankruptcy Rule 1007(b) is extended for an additional 10 days until September 30, 2023.

DATED: _____

                                                          UNITED STATES BANKRUPTCY JUDGE