# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    LINDA BAILEY  
          Debtor.

Case No.:23-12583  
Chapter 13

### ORDER

The debtor having moved for an extension of time to file the schedules, statement of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated September 20, 2023, and cause having been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules, statements of financial affairs, and plan required by Bankruptcy Rule 1007(b) is extended for an additional 10 days until September 30, 2023.

DATED:  Sept. 21, 2023

_/s/ Patricia M. Mayer_  
PATRICIA M. MAYER  
UNITED STATES BANKRUPTCY JUDGE