United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 23-12583-pmm

Linda A Bailey                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

**Recip ID            Recipient Name and Address**
db              + Linda A Bailey, 40 Norwyn Road, Hatboro, PA 19040-2018

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:**

**Name               Email Address**

ALEXANDER G. TUTTLE
               on behalf of Debtor Linda A Bailey agt@tuttlelegal.com
               7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com

KENNETH E. WEST
               ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
               on behalf of Creditor Towd Point Mortgage Trust 2018-2  U.S. Bank National Association, as Indenture Trustee
               mfarrington@kmllawgroup.com

United States Trustee
               USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                      Case No.:23-12583
    LINDA BAILEY                            :        Chapter 13
              Debtor.      :
                       :
                       :
                       :
                       :

## ORDER

The debtor having moved for an extension of time to file the schedules, statement

of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated September 20, 2023, and cause

having been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules,

statements of financial affairs, and plan required by Bankruptcy Rule 1007(b) is extended

for an additional 10 days until September 30, 2023.

DATED:   Sept. 21, 2023

_____
  PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE