United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Linda A Bailey  
    Debtor

Case No. 23-12583-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: May 21, 2024      Form ID: pdf900      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda A Bailey, 40 Norwyn Road, Hatboro, PA 19040-2018 |
| 14810810 | + | Dolestown Hospital, 595 W State St, Doylestown, PA 18901-2597 |
| 14810815 | | Selportsvc, 3815 South West Temple St, Salt Lake City, UT 84115 |
| 14810816 | + | United Equ, 3500 Maple Ave. Ste. 200, Dallas, TX 75219-3906 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 21 2024 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2024 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14810808 | | Email/Text: collectors@arresourcesinc.com | May 21 2024 23:44:00 | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 14826677 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 21 2024 23:44:00 | Nelnet obo Ascendium Education Solutions, Inc., Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 14810809 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2024 23:42:24 | Cap One, Po Box 85015, Richmond, VA 23285 |
| 14815411 | + | Email/PDF: ebn_ais@aisinfo.com | May 21 2024 23:55:32 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14810811 | + | Email/Text: Bankruptcy@ICSystem.com | May 21 2024 23:44:00 | I.C. System, Inc, Po Box 64378, St Paul, MN 55164-0378 |
| 14810812 | + | Email/Text: PBNCNotifications@peritusservices.com | May 21 2024 23:44:00 | Kohls/Cap1, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14810813 | + | Email/Text: electronicbkydocs@nelnet.net | May 21 2024 23:44:00 | Nelnet Lns, Pob 1649, Denver, CO 80201-1649 |
| 14816975 | + | Email/Text: enotifications@santanderconsumerusa.com | May 21 2024 23:44:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14810814 | + | Email/Text: enotifications@santanderconsumerusa.com | May 21 2024 23:44:00 | Santander, 8585 N Stemmons Fw, Dallas, TX 75247-3836 |
| 14813174 | ^ | MEBN | May 21 2024 23:34:45 | Towd Point Mortgage Trust 2018, U.S. Bank National Association, c/o KML Law Group P.C., 701 Market Street Ste 5000, Philadelphia Pa 19106-1541 |
| 14829549 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 21 2024 23:44:00 | Towd Point Mortgage Trust 2018-2, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14825773 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: pdf900 | Total Noticed: 19 |

| | | May 21 2024 23:43:13 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 14810817 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | May 21 2024 23:44:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDER G. TUTTLE | on behalf of Debtor Linda A Bailey agt@tuttlelegal.com 7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Towd Point Mortgage Trust 2018-2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Towd Point Mortgage Trust 2018-2  U.S. Bank National Association, as Indenture Trustee mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    LINDA A BAILEY<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 23-12583-PMM |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: May 21, 2024**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge